# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| KEVIN L. BOOT, | |
|---|---|
| Petitioner, | CASE NO. C18-24 TSZ |
| v. | **ORDER OF DISMISSAL** |
| JAMES KEY, | |
| Respondent. | |

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DENIED** and the case is **DISMISSED**;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 25th day of May, 2018.

*[signature]*

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1